AMERICAN MFRS. MUT. INS. CO. v. HAGLER

No. 80P99

Case below: 132 N.C.App. 204

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 June 1999.

BISHOP v. BISHOP

No. 89P99

Case below: 132 N.C.App. 133

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 June 1999.

BRAME v. SHARPE

No. 216P99

Case below: 132 N.C.App. 822

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

BROOKS v. SOUTHERN NAT'L CORP.

No. 497P98

Case below: 131 N.C.App. 80

Motion by defendants to dismiss appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) allowed 24 June 1999. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999. Justice Martin recused.

C.C. & J. ENTERS., INC. v. CITY OF ASHEVILLE

No. 184P99

Case below: 132 N.C.App. 550

Petition by respondent (City of Asheville) for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1999. Petition by intervenor (Jackson Park/Woolsey) for writ of supersedeas allowed 24 June 1999. Petition by intervenor (Jackson Park/Woolsey) for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1999.